**Order filed May 6, 2015.**



In The

# Fourteenth Court of Appeals

—————————

NO. 14-15-00412-CV
NO. 14-15-00413-CV

—————————

**IN RE GREG TODD, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS AND WRIT OF PROHIBITION**
**311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014–28650**

---

# O R D E R

On May 6, 2015, relator Greg Todd, filed a petition for writ of mandamus and petition for writ of prohibition. *See* Tex. Gov't Code Ann. § 22.221. Relator asks this Court to order The Honorable Alicia Franklin, Judge of the 311th Judicial District Court, Harris County, Texas, to vacate temporary orders issued on December 18, 2014 in trial court cause number 2014–28650, styled *Todd v. Hunter*. Relator claims the trial court abused its discretion.

It appears from the facts stated in the petition that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. *See* Tex. R. App. p. 52.8(b), 52.10.

We therefore ORDER that the May 7, 2015 proceeding at 9:00 a.m. in the court below be stayed in trial court cause number 2014–28650, styled *Todd v. Hunter*. Such proceeding is stayed until final decision by this Court of relator's petition for writ of mandamus and petition for writ of prohibition, or until further orders of this Court.


PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.